# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2020 KW 0627

**JULY 21, 2020**

---

In Re:   Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 721,161 and 718,826.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court's rulings denying relator's "Motion for Temporary Release on Bail for Covid-19" and "Motion for Reconize [sic] Bond for Covid-19" are vacated. This matter is remanded to the district court to determine whether defense counsel wishes to adopt relator's "Motions for Temporary Release on Bail for Covid-19" and "Motion for Reconize [sic] Bond for Covid-19", if counsel does not wish to adopt relator's motions, evaluate their disruptive potential in light of **State v. Melon,** 95-2209 (La. 9/22/95), 660 So.2d 466 before determining whether to conduct a hearing consistent with **State v. Alexander,** 2007-1236 (La. App. 3d Cir. 4/9/08), 980 So.2d 877. See **State v. Thibodeaux,** 2017-0705 (La. 12/6/17), 236 So.3d 1253.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT